# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MONACO, | CASE NO. 1:11-cv-00700-GBC (PC) |
| Plaintiff, | ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO AMEND |
| v. | |
| MARGARET MIMMS, et al., | (Doc. 14) |
| Defendants. | |

    Plaintiff Don Monaco ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2011, Plaintiff filed his original complaint. (Doc. 1). On October 13, 2011, the Court granted Plaintiff's motions seeking leave to file his first amended complaint. (Doc. 13). On October 17, 2011, Plaintiff filed a new motion to amend. (Doc. 14). As Plaintiff's motion to amend was already granted in the Court's order filed on October 13, 2011, it is HEREBY ORDERED that Plaintiff's motion for leave to amend filed on October 17, 2011, is DENIED as moot. (Doc. 14).

IT IS SO ORDERED.

Dated: October 24, 2011

UNITED STATES MAGISTRATE JUDGE

1