# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MONACO, | CASE NO. 1:11-cv-00700-LJO-GBC (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S REQUEST FOR STATUS |
| v. | ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF WITH A COPY OF THE DOCKET AND RESERVE DISMISSAL ORDER AND JUDGEMENT |
| MARGARET MIMMS, et al., | |
| Defendants. | |

Plaintiff Don Monaco ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2011, Plaintiff filed his original complaint. Doc. 1. On October 25, 2011, the Court issued an order denying Plaintiff's motion to amend. Doc. 15. However, On November 7, 2011, the order was returned to the court by the United States Postal Service with a notation that plaintiff was not in custody. On January 17, 2012, the Court dismissed Plaintiff's action without prejudice for failure to prosecute. Doc. 16; Doc. 17. On January 27, 2012, the dismissal order was returned to the court by the United States Postal Service with a notation that plaintiff was not in custody. On February 13, 2012, Plaintiff requests the Court for status regarding his case and provides a new address. Doc. 18.

///
///
///
///
///

Accordingly, the Court ORDERS: the Clerk of court to send Plaintiff a courtesy copy of the docket and to serve Plaintiff the dismissal order and judgement filed on January 17, 2012, to the new address Plaintiff provides in his motion dated February 13, 2012.

IT IS SO ORDERED.

Dated:   May 29, 2012

UNITED STATES MAGISTRATE JUDGE